IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM CUNNINGHAM,

    Petitioner,                   No. CIV S-06-2238 FCD DAD P

    vs.

CLAUDE D. FINN, et al.,

    Respondents.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        A filing fee of $5.00 is required to commence a habeas corpus action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action without prepayment of fees by a person who submits an affidavit showing that he is unable to pay the fees or give security for them. 28 U.S.C. § 1915(a)(1). The in forma pauperis application filed by petitioner in this case reveals that he had $170.89 in his prison trust account on October 4, 2006, and that his average monthly balance in the preceding six months was $226.32. This information shows that petitioner is able to pay the $5.00 filing fee. Thus, petitioner has made an inadequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th

1

1 Cir. 1993). Petitioner will be granted thirty days to submit the $5.00 filing fee to the Clerk of the
2 Court. Failure to pay the fee may result in a recommendation that this case be dismissed without
3 prejudice.
4    Petitioner's habeas petition includes a request for appointment of counsel. There
5 is no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105
6 F.3d 453, 460 (9th Cir. 1996). Counsel may be appointed at any stage of the case "if the interests
7 of justice so require." 18 U.S.C. § 3006A. See also Rule 8(c), Fed. R. Governing § 2254 Cases.
8 The court finds that the interests of justice do not require appointment of counsel in this case at
9 the present time.
10    Accordingly, IT IS HEREBY ORDERED that:
11    1. Petitioner's October 11, 2006 application to proceed in forma pauperis is
12 denied;
13    2. Petitioner shall, within thirty days from the date of this order, submit the $5.00
14 filing fee; and
15    3. Petitioner's request for appointment of counsel is denied.
16 DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
cunn2238.101c110