IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM CUNNINGHAM,** | 2:06-cv-02238-FCD-DAD |
| Petitioner, | **ORDER** |
| v. | |
| **CLAUDE FINN, Warden,** | |
| Respondent. | |

Respondent has requested an extension of time to file a response to the Petition for Writ of Habeas Corpus. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. Respondent shall file a response to the Petition for Writ of Habeas Corpus on or before January 15, 2009.

DATED: December 17, 2008.

/cunn2238.111res

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE